UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PK FENSKE-BUCHANAN,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA N.A.,<br><br>    Defendant. | CASE NO. C11-1656 MJP<br><br>MINUTE ORDER RE: STIPULATED PROTECTIVE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received and reviewed the Stipulated Protective Order (Dkt. No. 37) filed by the parties on March 12, 2012.

The Court notes that the order does not contain any provision for filing sealed documents in accordance with Local Rule 5(g). The Court will not approve the Stipulated Protective Order in its present form, but will entertain a revised document that incorporates an agreement to abide by LR 5(g) in the filing of any sealed pleadings.

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed this _14th_ day of March, 2012.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Mary Duett</u><br>
Deputy Clerk

MINUTE ORDER RE: STIPULATED
PROTECTIVE ORDER- 2