UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PK FENSKE-BUCHANAN,<br><br>               Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA N.A.,<br><br>               Defendant. | CASE NO. C11-1656 MJP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

Having reviewed the parties' "Stipulation to File Exhibits in support of Defendant's Motion for Partial Summary Judgment Under Seal" (Dkt. No. 75), the Court notes that the only justification for the sealing request cited in the stipulation is "the CONFIDENTIAL designation of these documents and the entry of the Court's Protective Order." Id., p. 2. The parties are referred to CR 5(g)(4), which states

> A motion or stipulation to seal shall provide… a clear statement of the facts justifying sealing and overcoming the strong presumption in favor of public access.

MINUTE ORDER- 1

1  The Court does not find that the grounds stated in the stipulation constitute "a clear
2  statement of the facts justifying sealing" and DENIES the request on that basis. The denial is
3  without prejudice to renew the request (and need not resubmit the documents which they seek to
4  seal).

5

6  The clerk is ordered to provide copies of this order to all counsel.

7  Filed this _23rd_ day of May, 2012.

8

9                           William M. McCool
                         Clerk of Court

10

11                           s/Mary Duett
                         Deputy Clerk

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER- 2